SEAN P. FLYNN (SBN 220184)
NICHOLAS KREBS (SBN 306996)
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (702) 577-9317
Facsimile:   (619) 696-7124
Email:       sflynn@grsm.com

Attorneys for Defendant
TRINITY SOLAR, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRINITY SOLAR, INC.; DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:21-cv-01423-BAS-KSC<br><br>Hon. Cynthia A. Bashant<br>Hon. Karen S. Crawford<br><br>**DEFENDANT TRINITY SOLAR, INC.'S MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendant Trinity Solar, Inc. ("Trinity Solar"), by counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 12.1, respectfully requests an order from this Court granting a further extension of time to respond to Plaintiff's Complaint until and including November 23, 2021 to allow the parties to further meet and confer regarding the complaint.

On August 9, 2021 Plaintiff filed his Complaint (ECF No. 1). Trinity Solar agreed to waive service of the Complaint on August 11, 2021 and Trinity Solar's original response deadline was October 12, 2021.

On October 11, 2021, Trinity Solar moved this Court for an original extension of time to respond to the Complaint until October 26, 2021. This Honorable Court therefore granted the request.

Since the Court's grant of the original extension to respond to the Complaint, Trinity Solar has continued to work in good faith with Plaintiff and counsel to investigate the claims and allegations in the Complaint, with the possibility of early case resolution.

Counsel for Plaintiff recently informed counsel for Trinity Solar that its representation of Plaintiff has been terminated and they intend to either withdraw or substitute its representation of Plaintiff in this matter.

Trinity Solar is prepared to file a Motion to Dismiss Plaintiff's Complaint, and has sought to meet and confer with Plaintiff's counsel regarding this motion in compliance with Standing Order 4(A). However, due to the current status of Plaintiff's representation, Trinity Solar has been informed Plaintiff's counsel cannot fulfill any meet-and-confer requirements regarding substantive matters.

Counsel for Trinity Solar conferred with Plaintiff's Counsel regarding the relief sought in this Motion, who has advised that Plaintiff does not oppose the requested further four (4) week extension.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this Motion.

WHEREFORE, Trinity Solar's requests that the Court enter an order extending its deadline to respond to Plaintiff's Complaint until and including November 23, 2021.

Dated:  October 25, 2021

GORDON REES SCULLY MANSUKHANI, LLP,

By: *s/Sean P. Flynn*
Sean P. Flynn
Nicholas Krebs
Attorneys for Defendant
Trinity Solar, Inc.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1230173/56274656v.1

-3-
TRINITY SOLAR INC.'S MOTION FOR FURTHER EXTENSION OF TIME
Case No. 3:21-cv-01423-BAS-KSC