Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRINITY SOLAR, INC.; DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 3:21-cv-01423-BAS-KSC <br><br> Hon. Cynthia A Bashant <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF THANE CHARMAN** <br><br> ORAL ARGUMENT NOT REQUESTED |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE**., or as soon thereafter as this motion be may heard in Courtroom 4B of the United District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA**,** the Law Offices of Todd M. Friedman, P.C. will and hereby does move to withdraw as counsel for Plaintiff Thane Charman. This motion is made on the ground that there has been an irreparable breakdown of the attorney-client relationship, thus rendering the

1

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL

attorney's duties as unreasonably difficult. There has been a mutual parting of ways. The Plaintiff has decided to represent himself in the matter pro se.

Respectfully submitted this 9th day of November, 2021.

                               Law Offices of Todd M. Friedman, P.C.

                               By: s/Todd M. Friedman
                               Todd M. Friedman
                               Attorney for Plaintiff

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

# MEMORANDUM OF POINTS & AUTHORITIES

### I. Counsel is Authorized to Request Withdrawal

Rule 7-300 of California Rules of Professional Conduct authorize lawyers to withdraw if, "The client….by other conduct renders it unreasonably difficult for the member to carry out the employment effectively…." Rule 7-300( C)(1).

#### A. Failure of a client to communicate with counsel constitute a valid reason for withdrawal as it makes the attorney's duties unreasonably difficult to perform.

Plaintiff's counsel is unable to continue representing the Plaintiff because the parties' relationship has broken down to the point that counsel cannot continue in representing the Plaintiff, including a lack of cooperation and a breakdown in communication. *See Declaration of Todd M. Friedman, filed herewith.* This is a permissive means of seeking withdrawal. *See Pearlmutter v. Alexander* (Cal. Super. 1979) 97 Cal.App.3d Supp. 16, 20, 158 Cal.Rptr. 762. Thus, Plaintiff's counsel requests that this Court allow counsel to withdraw.

#### B. Plaintiff has been informed of this motion in writing before it was filed and has been advised to seek counsel will be served a copy of this motion

While there is a conflict between the model rules and California Rules of ethics[1] as to whether written notice to the client is required, Plaintiff's counsel has sent written notice to Plaintiff out of an abundance of caution, by both e-mail, and

---

[1] Compare Model Rules 1.16(b)(4) with California Rules of Professional Conduct Rules of Professional Conduct - 700(A)(2)

United States Mail. *See Declaration of Todd M. Friedman.* Plaintiff's counsel sent an email on October 27, 201, informing Plaintiff of counsel's intent to withdraw from this matter, and November 4, 2021 informing him that this motion was being filed, and attaching the moving papers to the e-mail as a courtesy. *Id.* Plaintiff's counsel has e-mailed the moving papers to Plaintiff's last known e-mail address. *Id.* Plaintiff's counsel also sent these moving papers by US Mail, to Plaintiff's last known physical address. *See Declaration of Todd M. Friedman.*

    C.    **Defendants' counsel has notice of this motion**

Plaintiff's counsel has served Defendant with a copy of this Motion. *Id.* Therefore, Plaintiff's counsel has provided proper notice to all parties involved.

## CONCLUSION

For all of the aforementioned reasons, Plaintiff's counsel Todd M. Friedman requests withdrawal as counsel of record.

Respectfully submitted this 9th day of November, 2021.

    By: /s/ Todd M. Friedman
        TODD M. FRIEDMAN (216752)
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 9th day of November, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Cynthia A Bashant
United States District Court
Southern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 9th day of November, 2021

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN

Copy served by Email and U.S. Mail to:

Thane Charman
2270 Boundary St
San Diego, CA 92104

Email:thane@thanemckane.com