Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated, | CASE NO.: 3:21-cv-01423-BAS-KSC |
| Plaintiff, | Hon. Cynthia A Bashant |
| vs. | **DECLARATION OF TODD M FRIEDMAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF THANE CHARMAN** |
| TRINITY SOLAR, INC.; DOES 1 through 10, inclusive, | |
| Defendants. | |

**I, TODD M. FRIEDMAN, DECLARE AND STATE AS FOLLOWS:**

1. I am competent to testify in a court of law and if called to do so would testify as specified herein.

2. I am Plaintiff's attorney in this matter and was retained to represent Plaintiff in a Telephone Consumer Protection Act ("TCPA") claim against Defendants.

1

**DECLARATION OF TODD M. FRIEDMAN**

3. My client and I have had a complete breakdown of the attorney-client relationship due to a lack of communication and cooperation, and our firm cannot continue to represent him. I have informed my client of this over written correspondence via email.

4. The last time I have had communication with my client was on October 27, 2021.

5. My office has communicated the fact of our intent to file the instant Motion to Withdraw.

6. There has been a mutually parting of ways. The Plaintiff has expressed his wishes to represent himself pro se.

7. My office will serve copies of this motion by both e-mail, and U.S. mail, on Plaintiff's last known addresses.

8. I declare under penalty of perjury that the above statements are by me are true and correct.

Respectfully submitted this 9th day of November, 2021.

                Law Offices of Todd M. Friedman, P.C.

                By: s/Todd M. Friedman
                Todd M. Friedman
                Attorney for Plaintiff

**DECLARATION OF TODD M. FRIEDMAN**

# CERTIFICATE OF SERVICE

Filed electronically on this 9nd day of November, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Hon. Cynthia A Bashant
United States District Court
Southern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 9nd day of November, 2021

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN

Copy served by Email and U.S. Mail to:

Thane Charman
2270 Boundary St
San Diego, CA 92104

Email:thane@thanemckane.com