1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THANE CHARMAN,

                             Plaintiff,

    v.

TRINITY SOLAR INC., *et al.*,

                          Defendants.

Case No. 21-cv-01423-BAS-KSC

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (ECF No. 12)**

Pending before the Court is a motion to withdraw as counsel field by Plaintiff's counsel Todd M. Friedman.  (ECF No. 12.)  Civil Local Rule 83.3(f) governs requests to withdraw as counsel.  This rule has two requirements.  First, a "notice of motion to withdraw as attorney of record must be served on the adverse party and on the moving attorney's client."  Civ. L.R. 83.3(f)(3).  Second, "[a] declaration pertaining to such service must be filed."  *Id.*  Here, Plaintiff's counsel has satisfied the two requirements, and neither

- 1 -

21cv1423

1    Plaintiff nor Defendant has opposed the motion.  Thus, the Court **GRANTS** Friedman's

2    motion to withdraw as counsel for Plaintiff in this matter.  (ECF No. 12).

3

4        **IT IS SO ORDERED.**

5

6    **DATED: January 4, 2022**

Hon. Cynthia Bashant
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21cv1423