SEAN P. FLYNN (SBN 220184)
NICHOLAS KREBS (SBN 306996)
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (702) 577-9317
Facsimile: (619) 696-7124
Email: sflynn@grsm.com

Attorneys for Defendant
TRINITY SOLAR, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY SOLAR, INC.; DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 3:21-cv-01423-BAS-KSC<br><br>**NOTICE OF SETTLEMENT** |

1  PLEASE TAKE NOTICE that Defendant TRINITY SOLAR, INC. and
2  Plaintiff THANE CHARMAN hereby notify the Court the parties have reached a
3  settlement, and are in the process of completing the settlement agreement and filing
4  dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated: March 2, 2022

GORDON REES SCULLY MANSUKHANI, LLP,

By: *s/Sean P. Flynn*
    Sean P. Flynn
    Nicholas Krebs
    Attorneys for Defendant
    Trinity Solar, Inc.

1247358/65169909v.1