SEAN P. FLYNN (SBN 220184)
NICHOLAS KREBS (SBN 306996)
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (702) 577-9317
Facsimile: (619) 696-7124
Email: sflynn@grsm.com

Attorneys for Defendant
TRINITY SOLAR, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY SOLAR, INC.; DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 3:21-cv-01423-BAS-KSC<br><br>**JOINT STIPULATION OF DISMISSAL** |

-1-
JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all other parties who have appeared in this action, have stipulated to the dismissal of this action in its entirety, *and with prejudice.*

Except as set forth in Rule 41(d) of the Federal Rules of Civil Procedure, all parties agree that they shall each bear their own fees and costs associated with this action.

Dated: May 20, 2022

GORDON REES SCULLY MANSUKHANI, LLP,

By: _s/_ Sean P. Flynn
Sean P. Flynn
Nicholas Krebs
Attorneys for Defendant
Trinity Solar, Inc.

Dated: May 20, 2022

PLAINTIFF

_s/_
Thane Charman