# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, *individually and on behalf of all others similarly situated*,<br><br>                        Plaintiff,<br><br>  v.<br><br>TRINITY SOLAR, INC.,<br><br>                        Defendant. | Case No. 21-cv-01423-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 32)** |

On May 24, 2022, the parties filed a Joint Stipulation of Dismissal indicating their agreement that the case should be dismissed in its entirety, with prejudice. (ECF No. 32.)

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff has an absolute right to voluntarily dismiss its action by filing a stipulation of dismissal signed by all parties who have appeared. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Under this method of voluntary dismissal, dismissal is effective upon the filing of a compliant notice or stipulation, and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal

by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

Thus, construing Plaintiffs joint stipulation (ECF No. 32) as a joint motion and having considered the parties' request, the Court **GRANTS** the joint motion (ECF No. 32). Thus, the Court **DISMISSES WITH PREJUDICE** the action against Defendant. Each party shall bear its own costs and fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: May 26, 2022**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.